## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 414 EAL 2019

Respondent                                       :

                                       : Petition for Allowance of Appeal
                                       : from the Order of the Superior Court

v.                                                     :

MICHAEL KING,                               :

Petitioner                                        :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 9th day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.